Filed
8-28-02
cm

# CASE STATUS REPORT

Civil Action No. __02-3219__                    Jury(__X__) Non Jury(_____)

Caption of Case __Hansbury v. Surehaul Transport, Inc., et al.__

Date Service Made __6/4/02__

Name of Trial Counsel __Joseph R. Fowler, Esquire__

Representing: __Surehaul Transport, Inc., William Maldonado & Charles Solomon, Jr.__

Law Firm: __Post & Schell, P.C.__

Address: __1800 John F. Kennedy Boulevard, 19th Floor, Philadelphia, PA 19103__

Phone No. __215-587-1000__

1. This case has been/should be consolidated with another Civil Action No. __No__

2. By what date can Discovery be completed? __11/1/02__

3. Do you anticipate using expert witnesses? __Yes__

4. By what date will this case be ready for trial? __12/30/02__

5. What is the time necessary to present your case? __2 days__

6. What portion of your case is liability? __40%__    Damages? __60%__

7. What is your estimate for the total length of time for the trial? __3-5 days__

8. Would an early settlement conference be helpful in effectuating a settlement of the case?

    If yes, when would be the most appropriate time? __11/1/02__

9. Do you have any special comments or issues to raise concerning this case? __N/A__

Name of counsel preparing form: __Joseph R. Fowler, Esquire__

Signature: _____    Date: __8/16/02__