IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HANSBURY, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 02-3219 |
| | : | |
| SUREHAUL TRANSPORT, INC., et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 8th day of November, 2002, upon consideration of the impending settlement conference as requested by the parties, it is hereby ORDERED that the following motions are DENIED, without prejudice to refile if necessary:

(1) Defendant's Motion to Compel Expert Discovery (Docket No. 10);

(2) Defendant's Motion to Compel Discovery Answers (Docket No. 11);

(3) Plaintiff's Emergency Motion to Compel Deposition (Docket No. 12).

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.