IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HANSBURY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUREHAUL TRANSPORT, INC., et al. | : | NO. 02-3219 |

**O R D E R**

AND NOW, this 11th day of December, 2002, the above-captioned action having been referred to me by the Honorable Ronald L. Buckwalter for settlement discussions, it is hereby **ORDERED** that:

I will hold a settlement conference in this matter on Friday, December 20, 2002 at 10:00 a.m. Counsel for each party must have settlement authority. Parties are to be present, or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO.02-3219**
**TODAY'S DATE**: December 11, 2002          **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Marc H. Snyder, Esq. | 215-864-2929 |
| 2. Joseph R. Fowler, Esq. | 215-587-1444 |