IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HANSBURY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUREHAUL TRANSPORT, INC., et al. | : | NO. 02-3219 |

# **O R D E R**

AND NOW, this 21st day of January, 2003, it is hereby **ORDERED** that:

I will hold a second settlement conference in this matter on Tuesday, February 11, 2003 at 10:00 a.m. in Courtroom 3-H, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

Plaintiff, and a representative of Provident Washington with settlement authority, must be present at the February 11, 2003 settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-3219**
**TODAY'S DATE**: January 21, 2003              **LAW CLERK'S INITIALS**: JJK


**NAME**                                        **FAX NUMBER** (Area Code & Number)

1. Marc H. Snyder, Esq.                         215-864-2929
2. Joseph R. Fowler, Esq.                       215-587-1444