IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HANSBURY, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 02-3219 |
| | : | |
| SUREHAUL TRANSPORT, INC., et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of January, 2003, it is hereby ORDERED that Defendants' Motion to Compel Deposition of Plaintiff's Biomechanical Expert (Docket No. 19) is DENIED without prejudice to refile if necessary:

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.